Bradley T. Cave, P.C. (Wyo. State Bar #5-2792)
HOLLAND & HART, LLP
2515 Warren Ave., Suite 450
Cheyenne, WY 82001
Telephone: 307.778.4210
bcave@hollandhart.com

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CHRISTIE HIGGINS, RN; ROBERT SHAFFER, CNA2; RONI VANOSDOL, RN; ANITA CASPERSON, CNA; JENNIFER SHERFEY, MLS; SHARIE BELLER, RN; KAYLONN AMUNDSON RN BSN; TONYA MIDDLETON, RN; and other similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>CHEYENNE REGIONAL MEDICAL CENTER; and MEMORIAL HOSPITAL OF CONVERSE COUNTY,<br><br>　　Defendants. | Case No. 0:21-cv-00232-NDF |

## MOTION FOR ENTRY OF JUDGMENT AGAINST NICK EDWARD BEDUHN

The Defendants, Cheyenne Regional Medical Center and Memorial Hospital of Converse County, by and through their counsel, hereby move the Court pursuant to Rule 58(d), F.R.C.P., for the entry of judgment against Nick Edward Beduhn, and state in support the following:

1. On April 20, 2022, the Court issued an *Order Awarding Attorneys' Fees and Sanctions* (Dkt. No. 12)("the Order") in which the Court ordered that Plaintiffs' counsel, Nick Beduhn, personally pay Defendants' attorneys' fees and court costs in the total amount of $6,779.00.

2. On April 29, 2022, Defendants' counsel sent Mr. Beduhn a letter seeking payment of the amount established by the Order and offering to consider payment terms. A copy is attached as Exhibit A. Mr. Beduhn did not respond to this letter and has not paid any part of the amount specified in the Order.

3. While a separate judgment for the amount of sanctions awarded by the Court may not be required by Rule 58, it is permissible. *See*, e.g., *Carlson v. Morabito*, Civil Action No. 17-cv-02887-PAB-STV, 2020 U.S. Dist. LEXIS 213451 (D. Colo. Nov. 16, 2020). Entry of a judgment by this Court will aid Defendants in the filing and enforcement of the judgment under the Wyoming Uniform Foreign Judgment Act, Wyo. Stat. § 1-17-703.

4. A proposed form of judgment is submitted with this motion.

WHEREFORE, the Defendants request that the Court enter judgment against Nick Edward Beduhn in the amount of $6,779.00, plus post-judgment interest from the date of the judgment.

DATED this 14th day of July 2022.

*/s/ Bradley T. Cave*
Bradley T. Cave, P.C. (Wyo. State Bar # 5-2792)
HOLLAND & HART, LLP
2515 Warren Ave., Suite 450
Cheyenne, WY 82001
Telephone: 307.778.4210
bcave@hollandhart.com

ATTORNEYS FOR DEFENDANTS

19263716_v1