IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

CHRISTIE HIGGINS, RN; ROBERT
SHAFFER, CNA2; RONI VANOSDOL,
RN; ANITA CASPERSON, CNA;
JENNIFER SHERFEY, MLS; SHARIE
BELLER, RN; KAYLONN
AMUNDSON RN BSN; TONY
MIDDLETON, RN; and others similarly
situated,

      Plaintiffs,

vs.

CHENENNE REGIONAL MEDICAL
CENTER; and MEMORIAL HOSPITAL
OF CONVERSE COUNTY,

      Defendants.

Case No.  21-CV-0232

---

## JUDGMENT FOR SANCTIONS

The Court, having entered its *Order Awarding Attorneys' Fees and Sanctions* on April 20, 2022, awarding Defendants attorneys' fees in the amount of $6,779.00, enters judgment against Nick Edward Beduhn in the amount of $6,779.00 compounded annually at the rate determined under 28 U.S.C. § 1961.

Dated this 1st day of August, 2022.

NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE